1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,  )          Case No.: ED 14 393M

10                                   )
                     Plaintiff,  )      ORDER OF DETENTION PENDING
11               v.                  )       FURTHER REVOCATION
                                     )      PROCEEDINGS
12 STEVEN B. GARY,            )      (FED.R. CRIM. P.32.1(a)(6); 18
                     Defendant.  )      U.S.C. § 3143(a) (1))
13 _____  )

14

15          The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the  Eastern

16

17  District  of  Michigan                          for alleged violation(s) of the

terms and conditions of probation or supervised release; and

18

19          Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

20

A. (X)     The defendant has not met his/her burden of establishing by clear and

21

                convincing evidence that he/she is not likely to flee if released under

22

                18 U.S.C. § 3142(b) or (c). This finding is based on the following:

23

                (x) information in the Pretrial Services Report and Recommendation

24

                (x) information in the violation petition and report(s)

25

                (x) the defendant's nonobjection to detention at this time

26

                ( ) other: _____

27

                     and/or

28

B. (X)      The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to pose a danger to the safety

of any other person or the community if released under 18 U.S.C. §

3142(b) or (c).  This finding is based on the following:

(x)  information in the Pretrial Services Report and Recommendation

(x)  information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further

revocation proceedings.

DATED:  September 26, 2014            _____

                                     KENLY KIYA KATO
                                     UNITED STATES MAGISTRATE JUDGE